Query   Reports   Utilities   WorkFlow   Schedule   Help   What's New   Log Out

CLOSED

# U.S. District Court
## District of New Jersey [LIVE] (Trenton)
## CRIMINAL DOCKET FOR CASE #: 3:23-mj-03018-TJB-1

| | |
|---|---|
| Case title: USA v. SMITH | Date Filed: 01/26/2023 |
| Other court case number: 1:22-mj-4385 USDC for the Northern District of Ohio | Date Terminated: 01/26/2023 |

Assigned to: Magistrate Judge Tonianne J. Bongiovanni

### Defendant (1)

**DAVID JAMES SMITH**  represented by  **ADAM K. AXEL**
*TERMINATED: 01/26/2023*                OFFICE OF THE FEDERAL PUBLIC DEFENDER
                                        1002 BROAD STREET
                                        NEWARK, NJ 07102
                                        973-522-0070
                                        Email: adam_axel@fd.org
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*
                                        *Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                      **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                   **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                          **Disposition**

21:843(c)(2)(A) USING THE INTERNET TO ADVERTISE AND DISTRIBUTE CONTROLLED SUBSTANCES (Date of Offense: 9/01/2021-7/04/2022)(Count 1); 21:841(a)(1) and (b)(1)(C) DISTRIBUTION OF A CONTROLLED SUBSTANCE (Date of Offense: 12/12/2021-6/29/2022)(Counts 2-10)

---

**Plaintiff**

| USA | represented by | **ERIC ALWIN BODEN** |

UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF NEW
402 E STATE ST #430
TRENTON, NJ 08608
609-989-0564
Email: eric.boden@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/26/2023 | | Arrest (Rule 5) of DAVID JAMES SMITH (jem) (Entered: 01/26/2023) |
| 01/26/2023 | 2 | Minute Entry for proceedings held before Magistrate Judge Tonianne J. Bongiovanni:Initial Appearance in Rule 5 Proceedings as to DAVID JAMES SMITH held on 1/26/2023. Ordered application denied. Ordered defendant remanded to the custody of the US Marshals. Detention Order to be entered. (jem) (Entered: 01/26/2023) |
| 01/26/2023 | 4 | WAIVER of Rule 5 & 5.1 Hearings by DAVID JAMES SMITH. (jem) (Entered: 01/26/2023) |
| 01/26/2023 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to DAVID JAMES SMITH. ADAM K. AXEL for DAVID JAMES SMITH appointed. Signed by Magistrate Judge Tonianne J. Bongiovanni on 1/26/2023. (jem) (Entered: 01/26/2023) |
| 01/26/2023 | 6 | ORDER Regarding Video Conferencing as to DAVID JAMES SMITH. Signed by Magistrate Judge Tonianne J. Bongiovanni on 1/26/2023. (jem) (Entered: 01/26/2023) |
| 01/26/2023 | 7 | ORDER advising of the United States' continuing obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*. Signed by Magistrate Judge Tonianne J. Bongiovanni on 1/26/2023. (jem) (Entered: 01/26/2023) |
| 01/26/2023 | 8 | DETENTION ORDER as to DAVID JAMES SMITH. Signed by Magistrate Judge Tonianne J. Bongiovanni on 1/26/2023. (jem) (Entered: 01/26/2023) |
| 01/26/2023 | 9 | COMMITMENT TO ANOTHER DISTRICT as to DAVID JAMES SMITH. Defendant committed to District of USDC for the Northern District of Ohio. Signed by Magistrate Judge Tonianne J. Bongiovanni on 1/26/2023. (jem) (Entered: 01/26/2023) |

| 01/26/2023 | | Notice to USDC for the Northern District of Ohio of a Rule 5 Initial Appearance as to DAVID JAMES SMITH. Your case number is 1:22-mj-4385. Docket sheet attached. You can obtain the original record by accessing CM/ECF through PACER. (If you require certified copies of any documents, please send a request to InterdistrictTransfer_NJD@njd.uscourts.gov.) (Notice sent via email). (jem) (Entered: 01/26/2023) |
|---|---|---|