**UNITED STATES DISTRICT COURT**
for the
District of New Jersey

RECEIVED
JAN 26 2023
AT 8:30_____ M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>DAVID JAMES SMITH<br>*Defendant* | Case No. 23-mj-3018 (TJB) |

### ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __26th__ day of __January__, 2023,

ORDERED that __Adam Axel__ from the office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Tonianne J. Bongiovanni, U.S.M.J.