DNJ-CR-022 Order Regarding Use of Video Conferencing/Teleconferencing (Rev. 10/2021)

**RECEIVED**

| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT**<br>**FOR THE DISTRICT OF NEW JERSEY** | | **JAN 2 6 2023**<br>AT 8:30 _____ M<br>WILLIAM T. WALSH<br>CLERK |

UNITED STATES OF AMERICA  *

v.  *  23-mj-3018 (TJB)

DAVID JAMES SMITH  *

*****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with the operative COVID-19 Standing Orders, this Court finds:

[✔] That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

[✔] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

[ ] The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

[✔] Other:

Date: 1/26/2023

_____
Honorable Tonianne J. Bongiovanni
United States Magistrate Judge